# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2017

### NO. 03-16-00017-CR

**Aaron Trevino, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED—OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.